Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Ron_Sung@fd.org

*Attorney for Daniel Lara

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00192-DJA-1 |
| Plaintiff, | ORDER **TO CONTINUE BENCH TRIAL** |
| v. | (First Request) |
| DANIEL LARA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Ron Sung, Assistant Federal Public Defender, counsel for Daniel Lara, that the bench trial currently scheduled on August 25, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to review the pending plea agreement with Mr. Lara, including collateral consequences.

2. Mr. Lara is not incarcerated and agrees to this continuance.

3. The parties agree to this continuance.

This is the first request for a continuance of the Bench Trial.

DATED this 24th day of August 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Ron Y. Sung<br>RON Y. SUNG<br>Assistant Federal Public Defender | By /s/ Rachel Kent<br>RACHEL KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00192-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| DANIEL LARA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, August 25th, 2021, at 9:00 a.m., be vacated and continued to December 8, 2021, at 9:00 a.m., Courtroom 3A.

DATED this 25th day of August 2021.

UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS