Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Benjamin F. J. Nemec
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Ben_Nemec@fd.org

*Attorney for Daniel Lara

# United States District Court
## District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  DANIEL LARA,  Defendant. | Case No. 2:21-mj-00192-DJA-1  ORDER **TO CONTINUE BENCH TRIAL**  (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Daniel Lara, that the bench trial currently scheduled on December 8, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred eighty (180) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant needs additional time to discuss discovery with Mr. Lara and go over any potential resolution with him.
2. Mr. Lara is not incarcerated and agrees to this continuance.
3. The parties agree to this continuance.

This is the second request for a continuance of the Bench Trial.

DATED this 7th day of December 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL LARA,<br><br>    Defendant. | Case No. 2:21-mj-00192-DJA-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, December 8, 2021, at 9:00 a.m., be vacated and continued to July 6, 2022, at 9:00 a.m., Courtroom 3A.

DATED this 8th day of December 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3