```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org
```

Attorney for Louie Allen Ford

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00192-DJA-1 |
| Plaintiff, | **ORDER TO CONTINUE STATUS HEARING** |
| v. | (First Request) |
| DANIEL LARA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Daniel Lara, that the Status Hearing currently scheduled on February 3, 2023 at 11:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Lara has completed all of his classes but needs additional time to pay his fine.

2. Mr. Lara is out custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status hearing.

DATED this 2nd day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JAMES M. FRIERSON<br>United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Imani Dixon*<br>By_____<br>IMANI DIXON<br>Assistant United States Attorney |

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL LARA,<br><br>        Defendant. | Case No. 2:21-mj-00192-DJA-1<br><br>**ORDER** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Friday, February 3, 2023 at 11:30 a.m., be vacated and continued to April 14, 2023, at 11:30 a.m., Courtroom 3A.

DATED this 3rd day of February, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3